# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| GOAD COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action Number |
| ) | 14-00545-CV-W-JTM |
| HONEYWELL INTERNATIONAL, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is *Plaintiff's Motion for Reconsideration Of July 30, 2015 Order And Request for Expedited Briefing and Oral Argument,* filed August 4, 2015 [Doc. 83]. After a thorough review of plaintiff's motion and having given due consideration to all the issues presented, it is

**ORDERED** that *Plaintiff's Motion for Reconsideration Of July 30, 2015 Order And Request for Expedited Briefing and Oral Argument,* filed August 4, 2015 [Doc. 83] is **DENIED** for those reasons previously set forth in the Court's order of July 30, 2015.

                                            */s/ John T. Maughmer*
                                              **John T. Maughmer**
                                  **United States Magistrate Judge**